COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Eagle Oil & Gas CO. and Eagle Wes-Tex, L.P. v. Shale Exploration, LLC

Appellate case number:   01-15-00888-CV

Trial court case number:  2012-25694

Trial court:                  152nd District Court of Harris County

Appellants have requested a clarification of the briefing schedule in this case. Appellants' amended brief is due on or before February 17, 2017. Appellee's brief is due 30 days after the filing of appellants' amended brief. Appellants' request for oral argument will be decided when the case is set for submission.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                              Acting individually

Date:  January 25, 2017